# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00039-CV

### S. C. and L. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 302,464-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants S. C. and L. C. filed their notices of appeal on January 13, 2020. The appellate record was complete February 2, 2020, making appellants' briefs due February 24, 2020. On February 24, 2020, counsel for L. C. filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Edith S. Kohutek and Bradley K. Williamson to file appellants' briefs no later than March 16, 2020. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on February 27, 2020.


Before Justices Goodwin, Kelly, and Smith